UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BARRY TURNER                                                                                      PLAINTIFF
ADC #097339

V.                                    No. 5:19-CV-00233-JM-JTR

JOHN SPEARS, Captain,
Tucker Maximum Security Unit, *et al*.                                              DEFENDANTS

## ORDER

The Court has reviewed the recommendation submitted by United States Magistrate Judge J. Thomas Ray and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motions for Summary Judgment (Docs. 47 & 94) are GRANTED.

2. All of Turner's claims against Defendants Spears, Burl, Emsweller, Dallas, Moore, Harris, Bass, Ridgell, Neal, Johnson Carmickle, Thomas, and Doe are DISMISSED WITHOUT PREJUDICE.

3. Turner's Motion for Permanent Injunction (Doc. 54) is DENIED.

4. This action is dismissed, in its entirety.

Dated this 17th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE