UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BARRY TURNER                                                                                    PLAINTIFF
ADC #097339

V.                                     No. 5:19-CV-00233-JM-JTR

JOHN SPEARS, Captain,
Tucker Maximum Security Unit, *et al*.                                              DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 17th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE